IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:94CR185-001 |
| | ) | |
| Plaintiff | ) | Judge Matia |
| | ) | |
| v. | ) | |
| | ) | ORDER FOR REMISSION |
| MARRIO WILSON, | ) | OF FINE |
| | ) | |
| Defendant. | ) | |

On this date came on to be considered the Petition for Remission of Fine filed by plaintiff, United States of America, under the provisions of 18 U.S.C. §3573, in which plaintiff requests remission of the unpaid fine of $2,310.00 imposed on defendant, MARRIO WILSON. Having considered the petition, the court is of the opinion that it should be granted.

2

It is therefore **ORDERED** that the unpaid fine imposed upon defendant, MARRIO WILSON, shall be, and is hereby, **REMITTED**. The court makes no judgment as to the wisdom of this remission.

DATED this 13th day of AUGUST, 2007.

*Christopher A Boyko*
UNITED STATES DISTRICT COURT JUDGE

FILED
AUG 13 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND